# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA HEDGLIN,<br><br>    Plaintiff,<br><br> vs.<br><br>COTTONWOOD HEALTHCARE, L.L.C., A Nebraska Limited Liability Company; and SIDNEY CARE & REHABILITATION, L.L.C., A Nebraska Limited Liability Company;<br><br>    Defendants. | 8:18CV239<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on June 1, 2018, a letter ([Filing No. 3](#)) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Kyle J. Flentje**
REYNOLDS, KORTH LAW FIRM
1401 West First Street
P.O. Box 717
Ogallala, NE 69153

**IT IS ORDERED** that on or before August 10, 2018, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in Kyle J. Flentje being removed as counsel of record.

Dated this 3rd day of August, 2018.

                 BY THE COURT:

                 s/ Susan M. Bazis
                 United States Magistrate Judge