IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA HEDGLIN,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>COTTONWOOD HEALTHCARE, L.L.C., A Nebraska Limited Liability Company; and SIDNEY CARE & REHABILITATION, L.L.C., A Nebraska Limited Liability Company;<br><br>　　　　　　　　Defendants. | 8:18CV239<br><br>**ORDER** |

A telephone conference was held today regarding the motion of Rashmee Sinha and Peckar & Abramson, P.C. to withdraw as counsel for Defendant Cottonwood Healthcare, LLC ("Cottonwood"). (Filing No. 32.) Upon consideration,

**IT IS ORDERED:**

　　　1.　　The motion of Rashmee Sinha and Peckar & Abramson, P.C. to withdraw as counsel for Cottonwood (Filing No. 32) is granted. The parties are reminded that corporations and limited liabilities companies cannot proceed *pro se*. See *Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996) ("[T]he law does not allow a corporation to proceed *pro se*").

　　　2.　　Ms. Sinha shall immediately serve a copy of this Order on Cottonwood and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Ms. Sinha will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. Upon Ms. Sinha's submission of proof of service as described in Paragraph 2 of this Order, her appearance and the appearance of Peckar & Abramson, P.C. as counsel of record for Cottonwood will be terminated.

Dated this 10th day of October, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge