IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA HEDGLIN,<br><br>              Plaintiff,<br><br>vs.<br><br>COTTONWOOD HEALTHCARE, LLC., A Nebraska Limited Liability Company, et al.,<br><br>              Defendants. | 8:18-CV-239<br><br>ORDER |

IT IS ORDERED:

1. The Joint Stipulation of Dismissal Without Prejudice Concerning Defendant Sidney Care & Rehabilitation, L.L.C. (filing 42) is approved.

2. Sidney Care & Rehabilitation is dismissed as a party.[1]

3. Pursuant to the plaintiff's Dismissal of Remaining Defendant Cottonwood Healthcare, L.L.C. Without

---

[1] The Court is not precluded from dismissing Sidney Care & Rehabilitation by its receivership, because its dismissal from this action does not "interfere with the functioning of the health care facility" within the meaning of Neb. Rev. Stat. § 71-2086(3). *Cf. Dennis v. A.H. Robins Co., Inc.*, 860 F.2d 871, 872 (8th Cir. 1988); *cf. also O'Donnell v. Vencor Inc.*, 466 F.3d 1104, 1110-11 (9th Cir. 2006).

Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (filing 43), Cottonwood Healthcare is dismissed as a party.

4. This case is closed.

5. A separate judgment will be entered.

Dated this 12th day of February, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge